**NICHOLAS F. REYES, #102114**
Attorney at Law
1107 "R" Street
Fresno, California 93721
Telephone: (559) 486-4500
Facsimile:   (559) 486-4533

Attorney for Defendant
**HERACLIO CORONA**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | **CASE NO. 1:05-CR-00290-AWI** |
| )                                 Plaintiff, ) | **STIPULATION TO CONTINUE SENTENCING** |
| v.                               ) | |
| HERACLIO CORONA,                 ) | |
| )                                 Defendant. ) | |
| _____) | |

    Defendant HERACLIO CORONA, by and through his counsel of record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, LAUREL J. MONTOYA, Assistant United States Attorney for the Eastern District of California, hereby stipulate that the sentencing in the above-referenced case currently scheduled for Monday, February 12, 2007, at 9:00 a.m. be continued to Monday, March 12, 2007 at 9:00 a.m. in the courtroom for the Honorable Anthony W. Ishii, District Judge.

///

///

///

///

///

**IT IS SO STIPULATED**

                                                Respectfully submitted,

Dated: 2-08-07                               /s/ Nicholas F. Reyes
                                            NICHOLAS F. REYES
                                            Attorney for Defendant
                                            **HERACLIO CORONA**

**IT IS SO STIPULATED**

Dated: 2-08-07                               /s/ Laurel J. Montoya
                                            LAUREL J. MONTOYA
                                            Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

**Dated:   February 9, 2007**               **/s/ Anthony W. Ishii**
0m8i78                                              UNITED STATES DISTRICT JUDGE