1  **NICHOLAS F. REYES, #102114**
   Attorney at Law
2  1107 "R" Street
   Fresno, California 93721
3  Telephone: (559) 486-4500
   Facsimile:   (559) 486-4533
4
   Attorney for Defendant
5  **HERACLIO CORONA**

6

7

8
                    UNITED STATES DISTRICT COURT
9
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA    )   **CASE NO. 1:05-CR-00290-AWI**
                                 )
12 |                             )   **STIPULATION TO CONTINUE**
              Plaintiff,         )   **SENTENCING**
13 |                             )
       v.                        )
14 |                             )
   HERACLIO CORONA,              )
15 |                             )
              Defendant.         )
16 |_____)

17
        Defendant HERACLIO CORONA, by and through his counsel of record, NICHOLAS
18
   F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of
19
   record, LAUREL J. MONTOYA, Assistant United States Attorney for the Eastern District
20
   of California, hereby stipulate that the sentencing in the above-referenced case currently
21
   scheduled for Monday, March 12, 2007, at 9:00 a.m. be continued to Monday, April 9, 2007
22
   at 9:00 a.m. in the courtroom for the Honorable Anthony W. Ishii, District Judge.
23
   ///
24
   ///
25
   ///
26
   ///
27
   ///
28

**IT IS SO STIPULATED**

                                                    Respectfully submitted,

Dated: 03-08-07                             /s/ Nicholas F. Reyes
                                             NICHOLAS F. REYES
                                             Attorney for Defendant
                                             **HERACLIO CORONA**

**IT IS SO STIPULATED**

Dated: 03-08-07                            /s/ Laurel J. Montoya
                                             LAUREL J. MONTOYA
                                             Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   March 9, 2007**                     **/s/ Anthony W. Ishii**
0m8i78                                                UNITED STATES DISTRICT JUDGE