**NICHOLAS F. REYES, #102114**
Attorney at Law
1107 "R" Street
Fresno, California 93721
Telephone: (559) 486-4500
Facsimile:   (559) 486-4533

Attorney for Defendant
**HERACLIO CORONA**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **CASE NO. 1:05-CR-00290-AWI** |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE SENTENCING** |
| | ) | |
| v. | ) | |
| | ) | |
| HERACLIO CORONA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant HERACLIO CORONA, by and through his counsel of record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, LAUREL J. MONTOYA, Assistant United States Attorney for the Eastern District of California, hereby stipulate that the sentencing in the above-referenced case currently scheduled for Monday, April 9, 2007, at 9:00 a.m. be continued to Monday, April 23, 2007 at 9:00 a.m. in the courtroom for the Honorable Anthony W. Ishii, District Judge.

///
///
///
///
///

1   **IT IS SO STIPULATED**

2                                                           Respectfully submitted,

3
    Dated: 04-05-07                                         /s/ Nicholas F. Reyes
4                                                           NICHOLAS F. REYES
                                                            Attorney for Defendant
5                                                           **HERACLIO CORONA**

6

7   **IT IS SO STIPULATED**

8

9   Dated: 04-05-07                                         /s/ Kimberly Sanchez
                                                            KIMBERLY SANCHEZ
10                                                          Assistant U.S. Attorney

11

12                                          **ORDER**

13

14
    IT IS SO ORDERED.
15
    **Dated:     April 6, 2007**                   _____/s/ Anthony W. Ishii_____
16  0m8i78                                         UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28